UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22717-CIV-MARTINEZ

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

$39,780.00 IN UNITED STATES
CURRENCY, ETC.,

and

$10,236.00 IN UNITED STATES
CURRENCY, ETC.,
    Defendants.
_____ /

## ORDER REGARDING THE SEALING OF DOCUMENTS

THIS CAUSE came before the Court on Plaintiff United States' Status Report and Notice of Settlement (the "Report") filed on October 13, 2006. In the Report, the United States notifies the Court that this case has been settled and requests that all papers filed in this action on or after October 13, 2006 be reflected on the docket and not be placed under seal, unless sealing is specifically requested. The Court having considered the motion and being otherwise duly advised in the premises, it is hereby

**ORDERED** that all documents and papers filed in this action **on or after October 13, 2006** shall be reflected on the docket and shall not be placed under seal, unless specifically requested.

It is **FURTHER ORDERED** that all documents and papers filed herein prior to October 13, 2006 shall remain under seal until further order of the Court.

**DONE and ORDERED**, in Chambers, at Miami-Dade County, Florida, this 19 day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    AUSA Arimentha R. Walkins